# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH FAYAD, AN INDIVIDUAL;
DALCHRIS, LLC, A NEVADA LIMITED
LIABILITY COMPANY; ALEXANDRE
FAYAD, AN INDIVIDUAL; AND
DESERT SUPPLEMENTS, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Appellants,
vs.
WLNS INVESTMENTS, LLC,
INDIVIDUALLY AND DERIVATIVELY
ON BEHALF OF NEW SCIENCE
HOLDINGS, LLC; JEROME SNYDER,
AN INDIVIDUAL; AARON SNYDER,
AN INDIVIDUAL; AND KEN
YOSHIMINE, AN INDIVIDUAL,
Respondents.

No. 82845

FILED

MAY 27 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on May 3, 2021, without payment of the requisite filing fee and without the case appeal statement. *See* NRAP 3(e), (f). That same day, this court issued notices directing appellants to file the case appeal statement and to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notices advised that failure to pay the filing fee would result in the dismissal of this appeal and failure to file the case appeal statement could result in sanctions, including dismissal of this appeal. To date, appellants have not paid the filing fee or

21-15272

filed the case appeal statement. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Nancy L. Allf, District Judge
Alverson Taylor & Sanders
McDonald Carano LLP/Las Vegas
Eighth District Court Clerk

---

[1]In light of this order, no action will be taken on appellants' notice of withdrawal of appeal.